# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Wham−O Holding, Ltd., et al.

                                             Plaintiff,

v.                                                           Case No.: 1:23−cv−02215

                                                                Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: The Court is in receipt of Plaintiffs' motion for default judgment [33]. The motion is under advisement. The Court will require a supplemental report to the default judgment motion that identifies: (1) all accounts associated with Defendants identified in the First Amended Schedule A; (2) whether the accounts are frozen; and (3) the amounts in each account. If sealing any information is required, Plaintiffs may file an accompanying motion to seal. Plaintiffs' supplemental report shall be filed on or before 7/10/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.